UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:24-CV-00243-FDW

| | |
|---|---|
| JOHN MARK SNEED, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| COMMISSIONER OF SOCIAL SECURITY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the "Motion For Admission *Pro Hac Vice* and Affidavit," (Doc. No. 3), filed by Local Counsel Lindsay Osterhout on September 24, 2024.

Applicant Jennifer Dunn seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*," (Doc. No. 3), is **GRANTED**. Jennifer Dunn is hereby admitted *pro hac vice* to represent Plaintiff.

**IT IS SO ORDERED**.

Signed: September 26, 2024

Frank D. Whitney
United States District Judge